# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CODY, GARY GONZALEZ, TODD HOLCOMB, PATRICK HUGHES, and JANET STONE,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEGUARD METALS, LLC, a California limited liability company, JEFFREY IKAHN, individually.<br><br>Defendants. | CASE NO.  CV 23-5358-GW-SKx |

# FINAL JUDGMENT AGAINST SAFEGUARD METALS, LLC AND JEFFREY IKAHN

**THIS MATTER** comes before the Court on Plaintiffs' motion for entry of default judgment. For the reasons set forth in the Order granting the motion (*see* ECF Nos. 28 and 29), the Court enters final judgment in favor of the Plaintiffs and against the Defendants as follows:

**I.      Background**

Plaintiffs Patrick Cody ("Cody"), Gary Gonzalez ("Gonzalez"), Todd Holcomb ("Holcomb"), Patrick Hughes ("Hughes"), and Janet Stone ("Stone") (collectively, "Plaintiffs") sue Defendants Safeguard Metals, LLC ("Safeguard") and Jeffrey Ikahn ("Ikahn," formerly known as Jeffrey Santulan) (together,

"Defendants") for breach of settlement agreements. *See generally* Complaint, ECF No. 1. Plaintiffs allege that they brought a joint arbitration proceeding against Defendants before the American Arbitration Association on February 9, 2022. *Id*. ¶ 11. The arbitration was subsequently divided into separate arbitrations between Defendants and each individual Plaintiff. *Id*. ¶ 12. Each Plaintiff entered into an individual settlement agreement with Defendants, the terms of which are substantially identical to one another except for the amounts owed by Defendants. *See id*. ¶¶ 12-13. Pursuant to the settlement agreements and the incorporated stipulations for entry of final judgment, Plaintiffs are entitled to entry of a judgment upon default if Defendants fail to make the required payments. *Id*. ¶ 14. Between March and April 2023, Defendants defaulted by failing to pay the installment payments to each Plaintiff. *Id*. ¶ 15. Plaintiffs provided the requisite notices of default, but Defendants failed to cure the defaults. *See id*. ¶¶ 16-18.

Plaintiffs filed their Complaint on July 5, 2023. *See id*. Defendants waived service on August 29, 2023. *See* ECF Nos. 12, 13. Defendants failed to respond to the Complaint, and on November 9, 2023, the Clerk of Court entered default against Defendants. *See* ECF Nos. 17, 18.  Plaintiffs then moved for default judgment against Defendants, seeking the amounts owed under the settlement agreements, plus pre- and post-judgment interest. *See* ECF No. 26.  The Court granted the motion (*see* ECF Nos. 28 and 29) and now enters this Final Judgment.

## II. <u>Award</u>

Final judgment is entered in favor of Plaintiffs and against Defendants as follows:

- Plaintiff Patrick Cody is awarded $134,979 in damages, plus pre-judgment contractual interest at 10% accruing from July 28, 2021 until the date of entry of this Final Judgment, against Defendants, jointly and severally.

- Plaintiff Gary Gonzalez is awarded $332,954.29 in damages, plus pre-judgment contractual interest at 10% accruing from October 4, 2019 until the date of entry of this Final Judgment, against Defendants, jointly and severally.

- Plaintiff Todd Holcomb is awarded $129,075.49 in damages, plus pre-judgment contractual interest at 10% accruing from January 28, 2021 until the date of entry of this Final Judgment, against Defendants, jointly and severally.

- Plaintiff Patrick Hughes is awarded $197,209.00 in damages, plus pre-judgment contractual interest at 10% accruing from November 4, 2022 until the date of entry of this Final Judgment, against Defendants, jointly and severally.

- Plaintiff Janet Stone is awarded $110,724.00 in damages, plus pre-judgment contractual interest at 10% accruing from July 12, 2021 until the date of entry of this Final Judgment, against Defendants, jointly and severally.

Plaintiffs also are entitled to post-judgment interest, pursuant to 28 U.S.C. § 1961, at the applicable federal rate, accruing from the date of entry of this final judgment.

/ /

/ /

3
**FINAL JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS**

The Court shall retain jurisdiction for purposes of any collection or enforcement proceedings in connection with the judgment.

**DONE AND ORDERED**

**DATED:** January 17, 2024

*[signature: George H. Wu]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE